# Court of Appeals
# of the State of Georgia

ATLANTA,  May 28, 2019

*The Court of Appeals hereby passes the following order:*

**A19A1847.  JP MORGAN CHASE BANK, N.A. v. MICHAEL A. CRONAN.**

Upon consideration of the Joint Motion to Remand to Trial Court in the above-styled case, it is hereby ordered that the motion is GRANTED. The case shall be remanded to the trial court until such time as the record and index/indices are revised and correlated for accuracy. The Court recommends for the parties or their counsel to confer with the Whitfield County Clerk of Superior Court in revising and submitting the record. Once the record and index/indices are resubmitted, appellant shall have thirty (30) days to re-institute the appeal by filing a new notice of appeal in the trial court.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  05/28/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*